IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 02-J-1777-NE |
| | ) | |
| LINDA DANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
SEP 3 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 8, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on August 26, 2002. Plaintiff argues that Rule 24 of the Alabama Rules of Appellate Procedure is unconstitutional because it interferes with his ability to access the courts, and the defendants' adherence to that rule further interferes with his access to the courts. Plaintiff cites the court to two cases which state that a person proceeding *in forma pauperis* may obtain copies of documents or portions of the record without costs. However, both cases, *Britt v. North Carolina*, 404 U.S. 226, (1971), and *Franklin v. Murphy*, 745 F.2d at 1221 (9th Cir. 1984), are criminal cases and plaintiff is appealing an adverse decision in a civil case. Plaintiff is not entitled to a copy of his transcript without cost, nor are his constitutional rights violated by the requirement of the county clerk's office that he must pay the cost of a transcript prior to receiving it. Further, the clerk of the court has not violated plaintiff's constitutional rights by not arranging a payment plan for plaintiff.

8

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 3 day of September, 2002.

INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE